**Rosa Maria ARGUMEDO RODRIGUEZ,**
Petitioner,

v.

**Eric H. HOLDER Jr., Attorney General, Respondent.**

No. 07–73539.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 15, 2009.*

Filed Jan. 8, 2010.

---

Charles E. Nichol, Law Offices of Charles E. Nichol, San Francisco, CA, for Petitioner.

James A. Hurley, Julie M. Iversen, Trial, Mark Christopher Walters, Esquire, Assistant Director, DOJ—U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Ronald E. LeFevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: GOODWIN, WALLACE, and FISHER, Circuit Judges.

## MEMORANDUM **

Rosa Maria Argumedo Rodriguez, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order dismissing her appeal from an immigration judge's ("IJ") decision denying her application for cancellation of removal. We have jurisdiction pursuant to 8 U.S.C. § 1252. We review for substantial evidence the agency's continuous physical presence determination, *Lopez–Alvarado v. Ashcroft*, 381 F.3d 847, 850–51 (9th Cir. 2004), and we deny the petition for review.

The record does not compel the conclusion that Argumedo Rodriguez met her burden to establish continuous physical presence from 1993 to 2003. *See Singh–Kaur v. INS*, 183 F.3d 1147, 1150 (9th Cir.1999) (a contrary result is not compelled where there is "[t]he possibility of drawing two inconsistent conclusions from the evidence") (internal quotation marks and citation omitted). In light of our disposition, we need not address Argumedo Rodriguez's contentions regarding the IJ's adverse credibility determination.

We need not consider Argumedo Rodriguez's contention regarding good moral character, because her failure to establish

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

continuous physical presence is dispositive. *See* 8 U.S.C. § 1229b(b)(1)(A).

**PETITION FOR REVIEW DENIED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.